DOUGLAS GUERRIERO's CASE (and two companion cases). April 28, 1981. The appeals are dismissed on the authority of and for the reasons stated in *Assuncao's Case*, 372 Mass. 6 (1977). Compare *Ransome's Case*, 6 Mass. App. Ct. 829 (1978); *Ray's Case*, 9 Mass. App. Ct. 913, 913-914 (1980). On the merits, we suggest that counsel for the self-insurer study the provisions of St. 1974, c. 828, and consider the import of our decisions in *Ruggieri* v. *Somerville*, 10 Mass. App. Ct. 43 (1980), and *LaCouture* v. *Retirement Bd. of Quincy*, ante 738 (1981).

*Appeals dismissed.*

The case was submitted on briefs.
*Anthony V. Quercia* for Francis J. Whelan.
*Max L. Rubin* for Douglas Guerriero.
*Paul A. Gargano* for Warren Roberts.
*Henry P. Sorett*, Special Assistant City Solicitor, for the city of Somerville.